AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.

PAUL VITTORIO

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR08-72ML

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| JOHN O. PASTORE FEDERAL BUILDING & POST OFFICE<br>TWO EXCHANGE TERRACE, PROVIDENC, RI | COURTROOM A |
| Before: U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time<br>8/28/2008 2:00 pm |

To answer a(n)

☐ Indictment ☑ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title 18 United States Code, Section(s) 4; 1512(b)(1); 1001(a)(2)

Brief description of offense:

TAMPERING WITH WITNESS; MAKING FALSE STATEMENTS; MISPRISION OF A FELONY

Signature of Issuing Officer

8/15/2008
Date

JEANNINE NOEL, DEPUTY CLERK
Name and Title of Issuing Officer

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1] Date 8/19/08

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☑ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: defense Attorney Dimitri

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 8/19/08
Date

Burton Stallwood
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

faxed to defense Atty.

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2008 AUG 21 P 12: 47
FILED

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.