AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

## APPEARANCE

Case Number: CR 08-72ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Paul Vittorio

I certify that I am admitted to practice in this court.

28 AUG 08
Date

J. Patrick O'Neill
Signature

J. PATRICK O'NEILL — 6051 RI
Print Name — Bar Number

462 Broadway
Address

Providence RI 02909
City State Zip Code

401-273-9092 — 401-331-1898
Phone Number — Fax Number