AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

## APPEARANCE

Case Number: CR08-72ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Paul Vittorio

I certify that I am admitted to practice in this court.

8-28-08
Date

Signature

William C Dimitri 3129
Print Name Bar Number

462 Broadway
Address

Prov RI 02909
City State Zip Code

273-9092 331-1038
Phone Number Fax Number