O AO 455 (Rev. 5/85) Waiver of Indictment

RECEIVED
AUG 12 2008
U.S. DISTRICT COURT
DISTRICT OF R.I.

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
PAUL VITTORIO

## WAIVER OF INDICTMENT

CR 08 72 ML

CASE NUMBER:

I, Paul Vittorio, the above named defendant, who is accused of

Misprision of a Felony (Count I), in violation of 18 U.S.C. Section 4; Tampering with a Witness (Count II), in violation of 18 U.S.C. Section 1512(b)(1); and Making false statements (Count III), in violation of 18 U.S.C. Section 1001(a)(2).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on Aug 28 2008 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant PAUL VITTORIO

Counsel for Defendant WILLIAM DIMITRI, ESQUIRE

Before
Judicial Officer
USMJ